UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STRIKE 3 HOLDINGS, LLC,
    Plaintiff,

v.

JOHN DOE,
*Subscriber assigned IP address:*
*108.7.42.165*,
    Defendant.

CIVIL ACTION NO. 24-12706-MPK

## NOTICE TO DEFENDANT

1. You are a defendant in the above-captioned civil case, which is now pending in the United States District Court for the District of Massachusetts.

2. Attached is the Protective Order of the Honorable M. Page Kelley, United States Magistrate Judge, dated November 12, 2024, which sets forth certain deadlines and procedures related to this case.

3. You may hire a lawyer to represent you in this case or you may represent yourself. If you choose to represent yourself, you may request information about the case from the Clerk's Office of the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, which may be reached at (617)748-9152.

4. Plaintiff in this case, Strike 3 Holdings, LLC, has filed a civil complaint against you claiming that you illegally downloaded and distributed films for which they own the copyright.

5. Plaintiff may not know your name and address, but it does claim to know the Internet Protocol ("IP") address of the computer associated with the alleged downloading and/or distributing.

6. Plaintiff has served a subpoena requesting that your Internet Service Provider ("ISP"), Verizon Online, LLC ("Verizon Fios"), produce your name and address to plaintiff. If you do not want your ISP to produce your name and address to plaintiff and you believe that there is a legal basis

for your ISP to withhold this information from plaintiff, you may file a motion to "quash" or "modify" the subpoena with the court, by sending it to the Clerk's Office. This must be done within sixty (60) days of the date that you received the subpoena and this Notice from your ISP.

7. If you wish to take action, you should review the Order of Magistrate Judge Kelley, dated November 12, 2024, which is enclosed. If you move to quash or modify the subpoena or otherwise seek to prevent your ISP from producing your name and address to plaintiff, you may proceed in this case anonymously at this time. This means that any motion that you file with the court challenging the subpoena or otherwise seeking to prevent your ISP from producing your name and address to plaintiff should not include your name or address. Rather, you should only use "John Doe subscriber assigned IP address 108.7.42.165" or "John Doe" to identify yourself in any motion. Nevertheless, if you are representing yourself, you will have to provide your contact information to the Clerk's Office separately. This information is solely for use by the Clerk's Office so that it may communicate with you about this case. The Clerk's Office will not produce this information to plaintiff or lawyers for plaintiff unless and until the court determines that there is no basis to withhold it.

8. If you do not move to quash or modify the subpoena or otherwise seek to prevent your ISP from producing your name and address to plaintiff, you do not need to take action at this time. It may be that plaintiff will continue this case by serving the complaint and a summons on you. If plaintiff does so, you will need to take action in response to the complaint, as provided by federal law and the Federal Rules of Civil Procedure.

9. If you do not file a motion to quash or modify the subpoena or otherwise seek to prevent your ISP from producing your name and address to plaintiff, the court has ordered that you may still proceed in this case anonymously at this time. This means that the court and plaintiff will know

your identity, but your identity will not be made public unless and until the court determines there is no basis to withhold it.

10. If you want to proceed anonymously in this case without filing a motion with the court, you (or, if represented, your lawyer) should provide a letter to the Clerk's Office stating that you would like to proceed anonymously. This must be done within sixty (60) days of the date that you received the subpoena and this Notice from your ISP. In the letter, you should identify yourself as "John Doe subscriber assigned IP address 108.7.42.165" or "John Doe" and set forth the case number, which is Civil Action No. 24-12706-MPK. If you submit this letter, your identity and contact information will not be revealed to the public unless and until the court orders otherwise.

November 12, 2024                                      /s/ M. Page Kelley
                                                       M. Page Kelley
                                                       United States Magistrate Judge

3